# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED NOVEMBER 7, 2025

## NO. 03-25-00521-CV

**Raising Cane's Restaurants, LLC, Appellant**

**v.**

**Jacobi Thomas and Nayima Neiel, Appellees**

### APPEAL FROM THE 53RD DISTRICT COURT OF TRAVIS COUNTY
### BEFORE JUSTICES TRIANA, THEOFANIS, AND CRUMP
### DISMISSED ON APPELLANT'S MOTION -- OPINION BY JUSTICE THEOFANIS

This is an appeal from the interlocutory order signed by the trial court on June 26, 2025. Raising Cane's Restaurants, LLC has filed a motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. Each party shall bear their own appellate costs.